MATTHEW M. OLIVERI, ESQ. (SBN 230486)
LAW OFFICES OF MATTHEW M. OLIVERI
Office:  The Ivey House
1849 Clayton Road
Concord, CA 94520
Telephone: (925) 303-3705; Facsimile: (925) 406-0773
Email: matt@oliverilaw.com; www.oliverilaw.com

Attorneys for PLAINTIFF,
RYAN STORMES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN STORMES, | ) Case No.  C12-03172-JCS |
| | ) |
| Plaintiff, | ) ATTORNEY OLIVERI REQUEST TO |
| | ) APPEAR BY TELEPHONE FOR CASE |
| v. | ) MANAGEMENT CONFERENCE |
| | ) |
| HOME DEPOT USA, Inc., a corporation; and | ) Date: September 21, 2012 |
| DOES 1- 100, inclusive, | ) Time: 1:30pm |
| | ) Location: Courtroom G, 15th Floor |
| | ) San Francisco |
| Defendants. | ) Honorable Joseph C. Spero |

   COMES NOW ATTORNYE MATTHEW M. OLIVERI, on behalf of PLAINTIFF RYAN STORMES, and for his request to appear by telephone for the Case Management Conference, respectfully submits the following:

   1.   My wife and I are both Attorneys and the parents of a special needs child, a 14 year-old autistic girl.  We live in the Danville/San Ramon area.

   2.   We were notified late last night that our child care is not available today, Friday afternoon, at the time of the Case Management Conference.  My wife and I are both in Court this afternoon and are scrambling to find substitute child care.

   3.   In the event that we cannot, I may not be able to appear in person in San Francisco for the 1:30pm Case Management Conference.  I respectfully request that the Court allow me to appear by telephone.  I apologize for this late request but these circumstances just arose last night.

Dated: September 21, 2012    By: LAW OFFICES OF MATTHEW M. OLIVERI

/s/
Matthew M. Oliveri, Esq.
Attorneys for Plaintiff Ryan Stormes

IT IS HEREBY ORDERED THAT Mr. Oliveri shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/21/2012



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero