1 | GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
2 | LAUREN M. COOPER,  State Bar No. 254580
lauren.cooper@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA  94105
5 | Telephone:     415.442.4810
Facsimile:     415.442.4870
6 |
Attorneys for Defendant
7 | HOME DEPOT U.S.A, INC.

8 | MATTHEW M. OLIVERI, ESQ., State Bar No. 230486
matt@oliverilaw.com
9 | LAW OFFICES OF MATTHEW M. OLIVERI
1849 Clayton Road
10 | Concord, CA  94520
Telephone:     925.303.3705
11 | Facsimile:     925.406.0773

12 | Attorneys for Plaintiff
RYAN STORMES

13 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN STORMS,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., a Corporation;<br>and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. C 12-03172-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER<br>TO VOLUNTARILY DISMISS ACTION<br>WITH PREJUDICE** |

1   TO THE CLERK OF THE ABOVE CAPTIONED COURT:

2        PLEASE TAKE NOTICE that Plaintiff Ryan Stormes and Defendant Home Depot U.S.A.,

3   Inc., by and through their undersigned counsel, hereby submit this stipulation and proposed order

4   to voluntarily dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure §

5   41(a).

6                              STIPULATION

7        Plaintiff Ryan Stormes and Defendant Home Depot U.S.A., Inc. hereby stipulate that all of

8   Plaintiff's claims against Defendant in the above-captioned matter be voluntarily dismissed with

9   prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement

10  agreement in this matter.

11  IT IS SO STIPULATED.

12  DATED:  January 24, 2013                OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.
13

14                                          By: ___/s/ Lauren M. Cooper_____
                                               GREGORY C. CHENG
15                                             LAUREN M. COOPER
                                               Attorneys for Defendant
16                                             HOME DEPOT U.S.A., INC.

17  DATED:  January 24, 2013                LAW OFFICES OF MATTHEW M. OLIVERI

18

19                                          ___/s/ Matthew M. Oliveri_____
                                            By: MATTHEW M. OLIVERI
20                                             Attorneys for Plaintiff
                                               RYAN STORMES

21                          **SIGNATURE ATTESTATION**

22        Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

23  document has been obtained from the other signatory.

24  DATED:  January 24, 2013                OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.
25

26                                          By: ___/s/ Gregory Cheng_____
                                            GREGORY C. CHENG
27

28                                          Attorney for Defendant
                                            HOME DEPOT U.S.A., INC.

2                    Case No. C 12-03172-JCS
                          **STIPULATION AND [PROPOSED] ORDER**

1

**ORDER**

2    Based on the foregoing stipulation between the parties, it is hereby ordered that the above-

3   entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

4   **IT IS SO ORDERED.**

5   DATED:  January 25 , 2013

6   HONORABLE JOSEPH C. SPERO
United States

7



8   14217384.1 (OGLETREE)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION AND [PROPOSED] ORDER**

Case No. C 12-03172-JCS