1  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  LAUREN M. COOPER, State Bar No. 254580
   lauren.cooper@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A, INC.

8  MATTHEW M. OLIVERI, ESQ., State Bar No. 230486
   matt@oliverilaw.com
9  LAW OFFICES OF MATTHEW M. OLIVERI
   1849 Clayton Road
10 Concord, CA  94520
   Telephone:    925.303.3705
11 Facsimile:    925.406.0773

12 Attorneys for Plaintiff
   RYAN STORMES

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN STORMS,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 12-03172-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |

1 TO THE CLERK OF THE ABOVE CAPTIONED COURT:

2     PLEASE TAKE NOTICE that Plaintiff Ryan Stormes and Defendant Home Depot U.S.A.,
3 Inc., by and through their undersigned counsel, hereby submit this stipulation and proposed order
4 to voluntarily dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure §
5 41(a).

## STIPULATION

7     Plaintiff Ryan Stormes and Defendant Home Depot U.S.A., Inc. hereby stipulate that all of
8 Plaintiff's claims against Defendant in the above-captioned matter be voluntarily dismissed with
9 prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement
10 agreement in this matter.

11 IT IS SO STIPULATED.

12 DATED: January 24, 2013     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ Lauren M. Cooper*
GREGORY C. CHENG
LAUREN M. COOPER
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

17 DATED: January 24, 2013     LAW OFFICES OF MATTHEW M. OLIVERI

By:   */s/ Matthew M. Oliveri*
MATTHEW M. OLIVERI
Attorneys for Plaintiff
RYAN STORMES

## SIGNATURE ATTESTATION

22     Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
23 document has been obtained from the other signatory.

24 DATED: January 24, 2013     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ Gregory Cheng*
GREGORY C. CHENG

Attorney for Defendant
HOME DEPOT U.S.A., INC.

1  **ORDER**

2  Based on the foregoing stipulation between the parties, it is hereby ordered that the above-
3  entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

4  **IT IS SO ORDERED.**

5  DATED: January 25, 2013



6  HONORABLE JOSEPH C. SPERO
   United States Magistrate Judge

8  14217384.1 (OGLETREE)